UNITED STATES BANKRUPTCY COURT
For the District of Colorado

In Re:                                                                                                   Chapter 13

Alexus Manivon Senethong
Kennee Cheun Choub

Case No. 17-17534-MER

_____

**ORDER RE: VERIFIED MOTION TO ENFORCE TERMS OF THE STIPULATION AND FOR RELIEF FROM STAY**

_____

THE COURT having reviewed the VERIFIED MOTION TO ENFORCE TERMS OF THE STIPULATION AND FOR RELIEF FROM STAY filed by Tallyn's Reach Master Association, Inc. and being advised in the premises,

HEREBY ORDERS that the VERIFIED MOTION TO ENFORCE TERMS OF THE STIPULATION AND FOR RELIEF FROM STAY filed by Tallyn's Reach Master Association, Inc. is hereby granted and no stay on enforcement of this Order is imposed.

Dated:   October 8, 2019                              BY THE COURT:

                                                                         _____
                                                                         United States Bankruptcy Judge