UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE: 17-17534-MER |
| ALEXUS MANIVON SENETHONG<br>KENNEE CHEUN CHOUB | CHAPTER 13 |
| **Debtors** | |

### TRUSTEE'S MOTION TO LIMIT DISTRIBUTION TO A CREDITOR

NOW COMES Douglas B. Kiel, Chapter 13 Trustee, and moves for an Order limiting the amount to be distributed to NATIONSTAR MORTGAGE LLC ("Creditor") and, as grounds therefore, states as follows:

1. ECF Claim No. 6 was filed by Seterus as servicer for Fannie Mae in the amount of $595,522.22 , of which $25,886.63 represents pre-petition arrearages. The claim was subsequently transfered to the Creditor. Creditor is the first lienholder of the real property at 25352 E. Indore Dr., Aurora, CO 80016 (the "Property").

2. Per the confirmed plan at ECF Docket No. 27, Debtor(s) were to cure arrearages in the amount of $25,886.77.

3. On 5/31/19 at ECF Docket No. 49, Creditor filed a Motion for Relief from Stay on the Property.

4. On 9/13/19 at ECF Docket No. 61, the Court entered an Order Granting Relief from Stay which allows Creditor to exercise its state law rights and remedies against the Property.

5. The Trustee has distributed $2,684.41 to Creditor. Since Creditor has been granted relief from stay, the Trustee requests that no further distribution be made towards the arrearages portion of the claim.

**Wherefore, the Trustee prays for an Order:**

Limiting distribution to ECF claim #6 to $2,684.41.

Dated: October 17, 2019                                           Respectfully submitted,

/s/ Karen G. Perse
Karen G. Perse, #17886
Attorney For Douglas B. Kiel,
Chapter 13 Trustee
7100 E Belleview Ave, Suite 300
Greenwood Village, Co 80111
(720)398-4444