**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: | CASE: 17-17534-MER |
| ALEXUS MANIVON SENETHONG<br>KENNEE CHEUN CHOUB | CHAPTER 13 |
| **Debtor(s)** | |

**ORDER ON MOTION TO LIMIT DISTRIBUTION TO CREDITOR**

Upon the Motion of Douglas B. Kiel, Chapter 13 Trustee, it is:

ORDERED that distribution to the claim listed below is limited to $2,684.41.

| **Creditor** | **Date Filed** | **Claim Number** |
|---|---|---|
| NATIONSTAR MORTGAGE LLC | 12/26/2017 | 6 |

Dated: November 25, 2019

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE